# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| LL1Way, LLC | ) ASBCA No. 63464 |
| | ) |
| Under Contract No. SPE4A6-21-V-780K | ) |

APPEARANCE FOR THE APPELLANT:  H. Todd Whay, Esq.
    Baker, Cronogue, Tolle & Werfel, LLP
    McLean, VA

APPEARANCES FOR THE GOVERNMENT:  Daniel K. Poling, Esq.
    DLA Chief Trial Attorney
    Ashley M. Kelly, Esq.
    Jaime A. Molbreak, Esq.
    Trial Attorneys
    DLA Aviation
    Richmond, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: October 19, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63464, Appeal of LL1Way, LLC, rendered in conformance with the Board's Charter.

Dated:  October 19, 2023

_for Tammye D. Allison_

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals